# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2232 South Roanoke Avenue,<br>Springfield, Missouri 65807. | )<br>)<br>) Case No. 17-SW-2022 DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Missouri   
*(identify the person or describe the property to be searched and give its location)*:

2232 South Roanoke Avenue, Springfield, Greene County, Missouri, 65807, more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    Feb. 10, 2017    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    U.S. Magistrate Judge David P. Rush   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  1/30/17 at 3:16 p.m.    _____
*Judge's signature*

City and state:    Springfield, Missouri    U.S. Magistrate Judge David P. Rush
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: IT-16-0028 | Date and time warrant executed: N/A | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Warrant Not Served

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02-01-2017

*Timothy C. Krisik*
Executing officer's signature

Timothy C. Krisik, SA
Printed name and title

# ATTACHMENT A
## PROPERTY TO BE SEARCHED

The property to be searched is:

2232 South Roanoke Avenue, Springfield, Greene County, Missouri, 65807. It is a single level, single family residence. It is the third structure south of Seminole Street on the east side of Roanoke Avenue. The residence is constructed of tan brick and has on it vinyl siding. It has a grey shingled roof. The driveway is on the western side of the residence's southern end, and the driveway is partially covered by a tan colored metal carport. There is also a red brick chimney on the north side of the house.

The residence has two front doors. They are both on the west side of the residence. A concrete porch with white metal railing leads to the northern most front door. The southern most front door is just north of the carport, and the numbers "2232" are displayed in black lettering next to that door.

## ATTACHMENT B
## PROPERTY TO BE SEIZED

1. United States currency and financial instruments, including but not limited to stocks, bonds, and other securities, and

2. Indicia of occupancy, residency, and/or ownership of the premises described above, including but not limited to, utility and telephone bills, and canceled envelopes.